UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8418-WM

UNITED STATES of AMERICA

V.

COLIN WOODWARD EPISCOPO,

Defendant.
_____/

FILED BY ____SW____ D.C.

Aug 5, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? NO

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? NO

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
Brian D. Ralston
Assistant United States Attorney
Court ID No.: A5502727
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 820-8711
Email: Brian.Ralston@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>COLIN WOODWARD EPISCOPO<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.  25-mj-8418-WM<br>)<br>)<br>) |

FILED BY ___SW___ D.C.
Aug 5, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2025 - August 5, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | Possession with Intent to Distribute a Controlled Substance (methamphetamine) |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Task Force Officer Stephanie Holst, DEA
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone (Facetime)__

Date: __August 5, 2025__

_____
_Judge's signature_

City and state:      West Palm Beach, Florida           William Matthewman United States Chief Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Stephanie Holst, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer with the Drug Enforcement Administration (DEA) and have been assigned to the DEA West Palm Beach District Office since March 2024. As a Task Force Officer, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I was hired by the Palm Beach County Sheriff's Officer in June of 2018 as a police officer. Prior to that, I was employed by the city of Delray Beach, Florida as a police officer in May of 2015. Throughout my career I have conducted numerous narcotics investigations and I am familiar with the elements of crimes associated with the sale, distribution and use of narcotics and controlled substances. As a DEA Task Force Officer, I have received training in the investigation of violations of the Controlled Substances Act and my duties include the investigation of the distribution of illicit drugs to include violations of Title 21 United States Code Section 841(a) (possession with the intent to distribute a controlled substance) and Title 21 United States Code Section 846 (Conspiracy to possess with intent to distribute).

2. This affidavit is made in support of a criminal complaint charging Colin Woodward Episcopo (hereinafter "EPISCOPO") with possession with the intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1). The information contained in this affidavit is based in part on information developed by DEA Special Agents, Task Force Officers and information obtained from other law enforcement personnel. Because this affidavit is being

submitted for the limited purpose of establishing probable cause in support of the criminal complaint, it does not include all facts known to me or to other law enforcement officers regarding this investigation.

## PROBABLE CAUSE

### Operation Night Train and Background Investigation

3. In April 2025, your affiant received information regarding EPISCOPO from DEA Operation Night Train, which is an operation conducted by the DEA Diversion Control Division. The focus of Operation Night Train is to identify clandestine domestic tableting operations via the tracking of the sales of tableting machinery, critical parts and excipients to U.S. based locations. The primary data source for Operation Night Train is the internet-based sales data for tableting materials acquired via a Title 18, United States Code, Section 2703(d) Order from the United States District Court for the Eastern District of Virginia for customer records of purchases of certain excipient blends known by DEA to be frequently used in illicit tableting operations.

4. Your Affiant was provided the following information:

   a. On January 17, 2025, EPISCOPO purchased from Amazon: one (1) Firmapress Pill Binder Mix Powder for Tablet Press Machine - White 1 kg (2.2 lb) - All-in-One Pharmaceutical-Grade Pill Binding Excipient; and one (1) Firmapress Pill Binder Mix Powder for Tablet Press Machine - Baby Blue - 1kg (2.2 lb) - All-in-One Pharmaceutical-Grade Pill Binding Excipient. The package was shipped to Colin Episcopo at 21018 Country Creek Drive, Boca Raton, Florida, 33428. The billing name and address was also Colin Episcopo at 21018 Country Creek Drive, Boca Raton, Florida, 33428.

    b. On February 23, 2025, EPISCOPO purchased from Amazon: one (1) Firmapress Pill Binder Mix Powder for Tablet Press Machine - White 1 kg (2.2 lb) - All-in-One Pharmaceutical-Grade Pill Binding Excipient and one (1) Firmapress Pill Binder Mix Powder for Tablet Press Machine - All-in-One Pharmaceutical-Grade Pill Binding Excipient. The package was shipped to Colin Episcopo at 21018 Country Creek Drive, Boca Raton, Florida, 33428. The billing name and address was also Colin Episcopo at 21018 Country Creek Drive, Boca Raton, Florida, 33428.

    c. On March 11, 2025, EPISCOPO purchased from Amazon: one (1) Firmapress Pill Binder Mix Powder for Tablet Press Machine - White 1 kg (2.2 lb) - All-in-One Pharmaceutical-Grade Pill Binding Excipient from Amazon. The package was shipped to Colin Episcopo at 21018 Country Creek Drive, Boca Raton, Florida, 33428. The billing name and address was also Colin Episcopo at 21018 Country Creek Drive, Boca Raton, Florida, 33428.

5. Your affiant has confirmed through surveillance, utility subpoenas and trash retrievals that 21018 Country Creek Drive, Boca Raton, Florida, 33428 is occupied by EPISCOPO.

6. Additionally, in April 2025, your affiant learned that Customs and Border Patrol (CBP) was also investigating EPISCOPO and certified documentation showed multiple seized pill press die sets that were sent from China and destined for Colin Episcopo. A pill press die set is used to imprint or reproduce the trademark, trade name or other identifying mark, imprint or device relating to the authorized identification of any controlled substance, prescription-only drug or over-the-counter drug or any likeness of any of the foregoing upon any drug or container to intentionally counterfeit a controlled substance, prescription-only drug or over-the-counter drug or duplicate

substantially the physical appearance, form, package or label of a controlled substance, prescription only drug or over-the-counter drug.

7. The CBP documentation showed that between October 24, 2023, to November 9, 2023, CPB seized twelve (12) pill press die sets that arrived from China and listed EPISCOPO as the consignee of the packages.[1] These packages were manifested as "accessories," "men flat shoes," and "Steel Structures and Components."

## Investigative Trash Retrieval – April 3, 2025

8. On Thursday, April 3, 2025, agents conducted an investigative trash retrieval at EPISCOPO's residence. Upon arrival, agents observed a large gray trash can located at the end of the driveway meeting the road. This area is in the general area where a trash can is placed to be picked up by the garbage collection company. The location of the trash bin an area away from the residence and outside the curtilage of the property.

9. During a search of the trash, agents located the following items:

   a. One (1) gallon sized bag containing white powder, which field tested positive for cocaine with a Cobalt reagent;

   b. Three (3) baggies containing blue powder, which field tested positive for 3,4-Methylenedioxymethamphetamine ("MDMA") with a Marquis reagent;

   c. One (1) baggie containing pink powder, which field tested positive for MDMA with a Marquis reagent;

---

[1] Title 21, United States Code, Section 843(a)(5): It is unlawful to "make, distribute, or possess any punch, die, plate, stone, or other thing designed to print, imprint, or reproduce the trademark, trade name, or other identifying mark, imprint, or device of another or any likeness of any of the foregoing upon any drug or container or labeling thereof so as to render such drug a counterfeit substance

4

    d. One (1) baggie containing approximately 7.5 gm of loose blue powder which field tested positive for MDMA with a Marquis reagent;

    e. Approximately 7.5 gm of blue / light blue tablets (partial pieces), which field tested positive with a Marquis reagent;

    f. Multiple items for marijuana use and distribution;[2]

    g. Correspondence to both M.Episcopo and EPISCOPO; and

    h. One kilo-shaped box sent from New York with original packaging from China.

10. The PBSO Crime Laboratory analyzed the loose powder and blue tablets. The PBSO Crime Laboratory confirmed the blue powder to be MDMA with a net weight of 1.5 grams and the five (5) irregular blue tablet pieces to be MDMA with a net weight of 1.3 gm (1 tablet analyzed). The PBSO Crime Laboratory also confirmed the two (2) irregular light blue tablet pieces to be MDMA with a net weight of 0.7372 gm (1 tablet analyzed).

11. Based on your Affiant's knowledge training and experience, I know that when a pill press or tableting machine is used to manufacture tablets, the operator must pour a powdered substance into the machine's funnel or hopper system. During the machine's repetitive pressing cycle, mechanical vibrations and the natural dispersion of unused or excess powder often result in powder residue being deposited on the machine itself, the operator, and surrounding surfaces.

12. It should be noted that the evidence recovered from the trash, including suspected field-positive cocaine and MDMA, is consistent with the manufacturing and distribution of illegal narcotics. All field-tested narcotics and associated drug paraphernalia were photographed, collected, and submitted into evidence.

<u>Investigative Trash Retrieval – May 15, 2025</u>

---

[2] A routine check of the Florida Medical Marijuana Use Registry revealed that neither M. Episcopo nor Episcopo possesses a valid medical marijuana card.

13. On Thursday May 15, 2025, agents conducted an investigative trash retrieval at EPISCOPO's residence. Upon arrival, agents observed a large gray trash can located at the end of the driveway meeting the road. This area is in the general area where a trash can is placed to be picked up by the garbage collection company. The location of the trash bin an area away from the residence and outside the curtilage of the property.

14. During a search of the trash, agents located the following items:

    a. Three (3) UPS boxes (a matched set labeled 1 of 3, 2 of 3, and 3 of from W & J Enterprise Inc., located at 500 W Warner Ave, Suite 100, Santa Ana, CA 92707, to Colin Episcopo address: 21018 Country Creek Dr. Boca Raton FL, 33428. The exterior labeling included Mandarin Chinese characters. The boxes contained styrofoam inserts with impressions consistent with machine packaging. Agents observed one box in particular that contained the remnants of a label that someone had attempted to remove. The label clearly displayed a Qilu Pharmaceutical Co. Certificate of Quality sticker and the product name: Tilmicosin Phosphate, Batch No. ALCCM40676.

15. During the investigation of this label, it was learned that Qilu Pharmaceutical Co. is headquartered in Jinan, Shandong Province, located in eastern China. The company specializes in the development, manufacturing, and marketing of active pharmaceutical ingredients (APIs) and finished dosage forms, including injectable and solid oral medications.

16. It was also determined that Tilmicosin Phosphate is a macrolide antibiotic commonly used in veterinary medicine, particularly for livestock such as cattle, sheep, and pigs. It is not approved for human use due to its known toxicity risks. Also located in the trash were multiple items of THC use and distribution.

### Surveillance of Episcopo – June 2025

17. In June 2025, your Affiant conducted surveillance of EPISCOPO and his residence for multiple days. During this time, EPISCOPO was observed leaving his residence and traveling to Broward and Dade County areas and conducting multiple hand to hand transactions with subjects outside of their residences. Based on my training and experience, these transactions were consistent with the sale of controlled substances.

### Investigative Trash Retrieval – July 28, 2025

18. On Monday July 28, 2025, agents conducted an investigative trash retrieval at EPISCOPO's residence. Upon arrival, agents observed a large gray trash can located at the end of the driveway meeting the road. This area is in the general area where a trash can is placed to be picked up by the garbage collection company. The location of the trash bin an area away from the residence and outside the curtilage of the property.

19. During the search, agents recovered the following items:

   a. One (1) aluminum tray containing yellow powder residue, which field tested positive for MDMA with marquis reagents;

   b. Four (4) gallon size zip lock bags containing yellow powder, which field tested positive for MDMA with marquis reagents;

   c. Two (2) white plastic cups containing yellow powder residue, which field tested positive for MDMA with marquis reagents;

   d. Three (3) small zip lock bags labeled with "18", "58" and "65" with yellow white powder residue, which field tested positive for MDMA with marquis reagents;

   e. One (1) white bag labeled FIRMAPRESS 1kg white, the front side of the bag was labeled "FIRMAPRESS" in black bold lettering and "Pharmaceutical Grade

7

Lubricants, High Flowability, Strong Bonding Properties." The back side or other side of the bag read "FIRMAPRESS" at the top in large black bold lettering. Underneath that was a label attached to the bag that read "1kg White - Ingredients: Microcrystalline Cellulose, Dicalcium Phosphate, Silicon Dioxide, Magnesium Sterate. Storage Advice: Store in a cold, dark, and dry place. Avoid humidity or moisture." The label also shows a gross weight of 1030g and net weight of 1000g. The label also contains a scan bar with numbers and best before date of 1/14/2018 and Batch Number FIRWH-1401-2503;

f.  Multiple items for Marijuana use and distribution; and

g.  Correspondence to EPISCOPO.

20. Based on training, knowledge and experience, your affiant knows that when MDMA is pressed into the pill form it is commonly referred to as Ecstasy. The manufacturing of MDMA consist of breaking down the pure MDMA form into a fine powder and mixing it with a binding agent which will produce a hardening effect needed to produce a pill. This is done to increase profit margins and provide an easier form of consumption for the purchaser such as party goers at a club or rave. They also provide the dealer an easier way to distribute, conceal and travel with. The pills can vary in color and often contain some sort of unique stamp such as the Tesla symbol, Baby Yoda, Energizer Bunny or other popular known identifiers. Ecstasy pills sell from about $5.00 to $10.00 per pill in bulk price to other dealers and can sell for $15 to $30.00 per pill in smaller amounts.

Search of Episcopo's Residence

21. On August 5, 2025, pursuant to a federal search warrant, agents executed a search of EPISCOPO's residence. Agents recovered the following evidence from the residence:

   a. Two (2) pill presses containing which were found to contain MDMA residue;

   b. Approximately twenty (29) grams of pressed MDMA; and

   c. Approximately sixty (60) grams of pressed counterfeit Adderall pills that field tested positive for methamphetamine.

## CONCLUSION

22. Based on the foregoing, I submit that there is probable cause to believe that EPISCOPO did commit the criminal offense of possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Stephanie Holst
Task Force Officer
U.S. Drug Enforcement Administration

Sworn to and attested by Telephone-Facetime
per Fed. R. Crim. P. 4(d) and 4.1 on  5th  day of August, 2025

_____
HONORABLE WILLIAM MATTHEWMAN
UNITED STATES CHIEF MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Colin Woodward Episcopo

**Case No**: 25-mj-8418-WM

Count#: 1
Possession with Intent to Distribute a Controlled Substance (methamphetamine)

21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.